WENDY J. OLSON
UNITED STATES ATTORNEY
WARREN DERBIDGE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
Washington Group Plaza
800 Park Blvd., Suite 600
Boise, Idaho 83712-9903
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375

ATTORNEY FOR PETITIONER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | Case No. |
| ) | |
| vs. ) | |
| ) | DECLARATION OF REVENUE OFFICER |
| CORY ALGER, ) | GREG PETERSON IN SUPPORT OF |
| ) | PETITION TO ENFORCE INTERNAL |
| Respondent. ) | REVENUE SERVICE SUMMONS |

I, Greg Peterson, declare:

1. I am a duly commissioned Revenue Officer employed in the Office of the Area Director, Small-Business/Self-Employed Compliance of the Internal Revenue Service.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the unpaid tax liabilities of Cory Alger, for tax periods ending December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2009.

Declaration                                                                                              1

Exhibit 1

3. In furtherance of the above investigations and in accordance with section 7602 of Title 26, U.S.C., I issued on November 15, 2012 an Internal Revenue Service summons in aide of collection to the respondent Cory Algers (hereinafter "respondent") to give testimony and to produce for examination books, papers, records, or other data as described in said summons. Pursuant to the summons, respondent was required to appear at 10:00 A.M, on December 7, 2012, at 550 West Fort Street, Suite 300, Boise, Idaho 83724-0041, to provide testimony and the requested records regarding the reported sales transaction between the taxpayer and respondent. The summons is attached to the petition as **Exhibit 2**.

4. On November 15, 2012, I went to respondent's last and usual place of abode located at 2740 E. 4200 N, Twin Falls, Idaho 83301, in an attempt to personally serve the above referenced summons. I left a copy of the summons attached to the door at respondent's last and usual place of abode as evidenced in the certificate of service on the reverse side of the summons.

5. On December 7, 2012, respondent failed to appear and to comply with the summons by testifying and by producing the books, records, and other documents demanded in the summons.

7. On January 8, 2013, Catherine J. Caballero, an attorney with the Office of Chief Counsel for the Internal Revenue Service, Small-Business/Self-Employed Division, mailed a letter to respondent advising him that if he did not appear and provide the requested information and records on February 7, 2013 at 9:00 A.M., then the government may bring legal proceedings against him for his failure to comply with the summons. A copy of the letter, dated January 8, 2013, is attached to the petition as **Exhibit 3**.

GL-100486-13                                3

1, which is the Declaration of Revenue Office Greg Peterson, Exhibit 2, which is the original summons, and Exhibit 3, which is a copy of the last chance letter. We have also enclosed a proposed Order to Show Cause with respect to Cory Alger.

    Finally, on April 4, 2013, in anticipation of litigation, we notified Revenue Officer Peterson of the litigation hold and the need to preserve electronically stored information within the Internal Revenue Service. He disseminated the message to other Internal Revenue Service employees who have had previous contact with Cory Alger or his accounts.

    We believe the summons should be enforced, and we request that an action be commenced as soon as possible. If you have any questions, or if we can be of any assistance, please call paralegal Bethany Leo at (503) 415-8813. Please also feel free to call Revenue Officer Greg Peterson directly in Boise, Idaho, at (208) 363-8817.

[INTENTIONALLY LEFT BLANK]

(a) Form 943 for tax periods ending December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2013.

GREG PETERSON
Revenue Officer
IRS ID # 10-01342