WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
**WARREN DERBIDGE, IDAHO STATE BAR NO. 1214**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA
800 PARK BLVD., SUITE 600
BOISE, IDAHO 83712-9903
TELEPHONE :  (208) 334-1211
FACSIMILE:    (208) 334-9375
Warren.derbidge@usdoj.gov

ATTORNEY FOR PETITIONER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | Case No. 1:13-CV-00242 |
| ) | |
| vs. ) | |
| ) | |
| CORY ALGER, ) | **MOTION TO SEAL (ECF No. 1)** |
| ) | |
| Respondent. ) | |

COMES NOW Petitioner United States of America, by and through Warren S. Derbidge, Assistant United States Attorney for the District of Idaho, and pursuant to Local Rule 5.3, requests that the Petition to Enforce Internal Revenue Service Summons and Exhibits 1 through 3 be sealed to insure that the Respondent's personal privacy interests are fully protected.

RESPECTFULLY SUBMITTED this 29th day of May 2013.

                                                    WENDY J. OLSON
                                                  UNITED STATES ATTORNEY

                                                  _____/s/_____
                                                  WARREN S. DERBIDGE
                                                  Assistant United States Attorney

**MOTION TO SEAL (ECF NO. 1) – Page 1**