UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:13-CV-00242-BLW |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SEAL** |
| CORY ALGER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the Motion to Seal the Petition to Enforce Internal Revenue Service Summons and Exhibits 1 through 3 (Dkt. 1) in the above matter is GRANTED.

DATED: June 13, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court